**Opinion issued February 27, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-01007-CV

———————————

## IN RE CITY OF HOUSTON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, the City of Houston, has filed a petition for writ of mandamus, seeking to have this Court order the trial court to rule on an outstanding motion.[1]

---

[1] The underlying case is *Dolcefino Communications, LLC d/b/a Dolcefino Consulting; and Wayne Dolcefino in his Individual Capacity v. City of Houston, Texas*, cause number 2017-50825, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

We **deny** relator's petition for a writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Landau and Hightower.